UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELEMENT WORKS USA, LLC, a New Jersey limited liability company; E. WORKS LLC, a New York limited liability company; MOBILE TECH WORKS, a New York corporation; AND SAM CHERA.<br><br>    Plaintiffs<br><br>vs.<br><br>SOLOMON SHEMIA a/k/a STEVE SHEMIA, A&J HOME CARE, INC., a New York corporation, and HOME HEALTH CARE SERVICES OF NY, INC. d/b/a HCS HOME CARE, a New York Corporation<br><br>    Defendant. | Case No. 19-CV-05268<br><br>Judge: Eric N. Vitaliano<br>Magistrate Judge: Sanket J. Bulsara |

## PLAINTIFFS' NOTICE OF MOTION FOR VOLUNTARY DISMISSAL OF THE COMPLAINT WITHOUT PREJUDICE

| | |
|---|---|
| Nature of Action: | Unfair Competition and Deceptive Trade Practices |
| Moving Party: | Plaintiffs Element Works USA, LLC; E. Works LLC; Mobile Tech Works, and Sam Chera |
| Date and Time: | At a date and time determined by the court. |
| Place: | Hon. Eric N. Vitaliano, United States Courthouse, 225 Cadman Plaza East, Buffalo, New York. |
| Supporting Papers: | Memorandum of Law, dated January 8, 2021; and Exhibits A-G, in Support of Plaintiffs' Motion for Voluntary Dismissal of the Complaint Without Prejudice |
| Relief Requested: | An Order granting Plaintiffs' Motion for Voluntary Dismissal of the Complaint Without Prejudice |
| Grounds for Relief: | Federal Rule of Civil Procedure 41 |
| Reply Papers: | Please take notice that Defendants intend to file and serve reply papers. |

1

Oral Argument:	Not Requested

                                                          Respectfully submitted,

Date:  January 8, 2021	By:	s/ Charles D. Pfister
                                                          Gregory F. Ahrens, Esq.
                                                          Charles D. Pfister, Esq.
                                                          Wood, Heron & Evans, L.L.P.
                                                          441 Vine Street, 2700 Carew Tower
                                                          Cincinnati, Ohio 45202
                                                          (513) 241-2324
                                                          Fax: (513) 241-6234
                                                          gahrens@whe-law.com
                                                          cpfister@whe-law.com

                                                          Attorneys for Plaintiffs
                                                          Element Works USA, LLC, E. Works LLC, Mobile
                                                          Tech Works, Inc. and Sam Chera

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2021, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

**Via Email**
Nicholas Fortuna, Esq.
Diana Uhimov, Esq.
Allyn & Fortuna LLP
1010 Avenue of the Americas
3rd Floor
New York, New York 10018

Attorneys for Defendants

/s/ Charles D. Pfister
Gregory F. Ahrens, Esq.
Charles D. Pfister, Esq.
Wood, Herron & Evans, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202
(513) 241-2324
(513) 241-6234 (Facsimile)
gahrens@whe-law.com
cpfister@whe-law.com

Attorneys for Plaintiff
ELEMENT WORKS USA, LLC, E.
WORKS LLC, MOBILE TECH WORKS.
and SAM CHERA