UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ELEMENT WORKS USA, LLC, a New Jersey
Limited liability company; E. WORKS LLC, a
New York limited liability company; MOBILE
TECH WORKS, a New York corporation, and
SAM CHERA,

                              Plaintiffs,          Case No.: 19-cv-05268

-against-

SOLOMON SHEMIA a/k/a STEVE SHEMIA,
A&J HOME CARE, INC., a New York               NOTICE OF APPEARANCE
Corporation, and HOME HEALTH CARE
SERVICES OF NY, INC. d/b/a HCS HOME
CARE, a New York Corporation

                             Defendants.
---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Megan J. Muoio of the law firm Allyn & Fortuna LLP, 1010 Avenue of the Americas, 3rd Floor, New York, New York, 10018, hereby appears in the above-captioned action as attorney for defendants SOLOMON SHEMIA a/k/a STEVE SHEMIA, A&J HOME CARE, INC., a New York Corporation, and HOME HEALTH CARE SERVICES OF NY, INC. d/b/a HCS HOME CARE, a New York Corporation.

Dated: June 15, 2021

                             ALLYN & FORTUNA LLP

                             By: _____
                                    Megan J. Muoio
                             *Attorneys for Defendants*
                             1010 Avenue of the Americas, 3rd Floor
                             New York, New York  10018
                             Telephone: (212) 213-8844
                             Facsimile: (212) 213-3318
                             E-mail: mmuoio@allynfortuna.com